FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAYLEEN DALTON S.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO:  1:22-CV-3158-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 16.  Plaintiff Kayleen Dalton S.[1] is represented by attorney D. James Tree.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Ryan Lu.

---

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**.  Plaintiff's Opening Brief, **ECF No. 9**, is **DENIED AS MOOT**.

Pursuant to the parties' stipulation, the Commissioner's final decision is **reversed and remanded** under sentence four of 42 U.S.C. §405(g).  *See* ECF No. 16 at 1–3.  On remand, the Appeals Council will refer the case to an Administrative Law Judge ("ALJ") to:

- Reevaluate the persuasiveness of all medical opinions and prior administrative findings, including the assessments of Gregory Swart, ARNP, Kody Brandt, DPT, and the State agency reviewing medical consultants, under the supportability and consistency factors of the revised regulations;

- Continue the sequential evaluation, including reassessing Plaintiff's residual functional capacity finding and, as necessary, obtaining vocational expert evidence; and

- Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

/ / /

/ / /

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2

Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** June 20, 2023.

                                      *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Senior United States District Judge